ORIGINAL

# United States Court of Federal Claims

No. 17-313 T
Filed: November 8, 2017

KAREN YVETTE MILLER,

*Plaintiff,*

v.

UNITED STATES OF AMERICA,

*Defendant.*

**FILED**

NOV - 8 2017

U.S. COURT OF
FEDERAL CLAIMS

## ORDER DISMISSING COMPLAINT

In accordance with I.R.C. § 7422(e), the court stayed consideration of this case so that plaintiff may file a petition with the Tax Court regarding asserted deficiencies for taxable years 2014, 2015, and 2016.

By a Notice filed on October 31, 2017 in this case, defendant apprised the court that (1) plaintiff filed a petition with the United States Tax Court on September 7, 2017, and (2) the Commissioner of the Tax Court filed his answer on October 7, 2017, not disputing that the Tax Court has jurisdiction to redetermine plaintiff's income tax liabilities for 2014, 2015 and 2016.

The Tax Court now has jurisdiction over plaintiff's petition pursuant to § 7422(e), and we must relinquish our jurisdiction. Accordingly, the Clerk of Court will DISMISS plaintiff's Complaint without prejudice.

**IT IS SO ORDERED.**

Robert H. Hodges, Jr.
Senior Judge

7017 1450 0000 1346 1079